# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

137493

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MARTEL RAMONE RILEY,
       Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137493
COA: 277757
Saginaw CC: 06-027795-FC

On order of the Court, the application for leave to appeal the September 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009

_____
Clerk

s0603